UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR-9004-2(c)**

KML Law Group, P.C.
By:  Denise Carlon
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
215-627-1322
Attorneys for Movant:  MidFirst Bank

In Re:
Stephen A. Holman Sr.
        Debtor/Respondent

Pamela R. Holman
        Co-Debtor/Respondent

Case No:    14-16340 ABA

Chapter:    13

Judge:      Andrew B. Altenburg, JR.

# CERTIFICATION OF SERVICE

1. I, **Lisa Rodriguez**:

    ☐ Represent the _____ in the above-captioned matter.

    ☒ am the secretary/paralegal for **Denise Carlon**, who represents the Movant in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On 5/2/17, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    - Notice of Postpetition Mortgage, Fees, Expenses and Charges
    - Certification of Service

3. I hereby certify under penalty of perjury that the above document were sent using the mode of service indicated.
Dated: 5/2/17
    /S/**Lisa Rodriguez**

| Name and Address of Party Served | Relation of Party to the Case | Mode of Service |
|---|---|---|
| Stephen A. Holman Sr.<br>3 Sayre Drive<br>Sicklerville, NJ 08081<br><br>Pamela R. Holman<br>3 Sayre Drive<br>Sicklerville, NJ 08081 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other<br>_____<br>(as authorized by the court *) |
| Ira Deiches<br>DEICHES & FERSCHMANN<br>25 Wilkins Avenue<br>Haddonfield, NJ 08033 | Attorney for Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other<br>_____<br>(as authorized by the court *) |
| Isabel C. Balboa Esq.<br>BALBOA, ISABEL C.<br>Chapter 13 Standing Trustee (Via ECF)<br>Cherry Tree Corporate Center - 535 Route 38, Suite 580<br>Cherry Hill, NJ 08022 | Chapter 13 Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other<br>_____<br>(as authorized by the court *) |