UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Ira R. Deiches, Esq. NJ ID 013941976
Deiches & Ferschmann
A Professional Corporation
25 Wilkins Avenue
Haddonfield, NJ 08033
(856)428-9696
ideiches@deicheslaw.com
Attorneys for Debtors

In Re:

STEPHEN A. HOLMAN, SR. and
PAMELA R. HOLMAN,
                    Debtors

Case No.: 14-16340
Chapter: 13
Adv. No.: _____
Hearing Date: _____
Judge: ABA

# CERTIFICATION OF SERVICE

1. I, __Ira R. Deiches__ :

   ☒ represent __debtors__ in this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On __June 19, 2017__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Certification of Ira R. Deiches in support of application for Supplemental Fee and proposed form of Order

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 06/19/2017              /s/ Ira R. Deiches
                              Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Isabel C. Balboa<br>535 Route 38<br>Ste. 580<br>Cherry Hill, NJ 08002 | Standing trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF/email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Stephen and Pamela Holman<br>3 Sayre Drive<br>Sicklerville, NJ 08081 | Debtors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |