UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Ira R. Deiches, Esq. NJ ID 013941976
Deiches & Ferschmann
A Professional Corporation
25 Wilkins Avenue
Haddonfield, NJ 08033
(856)428-9696
ideiches@deicheslaw.com
Attorneys for Debtors

In Re:

STEPHEN A. HOLMAN, SR.
and PAMELA R. HOLMAN,
                    Debtors.

Case No.: 14-16340

Chapter: 13

Judge: ABA

**AMENDED ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following page is **ORDERED**.

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that __Deiches & Ferschmann, A Professional Corporation__, the applicant, is allowed a fee of $ __400.00__ for services rendered and expenses in the amount of $__0.00__ for a total of $__400.00__ . The allowance is payable:

&boxtimes; through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*