UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Ira R. Deiches, Esq. NJ ID 013941976
Deiches & Ferschmann
A Professional Corporation
25 Wilkins Avenue
Haddonfield, NJ 08033
(856)428-9696
ideiches@deicheslaw.com
Attorneys for Debtors

In Re:

STEPHEN A. HOLMAN, SR.
and PAMELA R. HOLMAN,
                              Debtors.

Order Filed on June 27, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  14-16340

Chapter:  13

Judge:  ABA

## AMENDED ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: June 27, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _Deiches & Ferschmann, A Professional Corporation_, the applicant, is allowed a fee of $ _400.00_ for services rendered and expenses in the amount of $ _0.00_ for a total of $ _400.00_ . The allowance is payable:

    ☒  through the Chapter 13 plan as an administrative priority.

    ☐  outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*

2