Printed on: 01/12/2018  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2017 to 12/31/2017  
**Case Number: 14-16340 (ABA)**

Stephen A. Holman, Sr. and Pamela R. Holman  
3 Sayre Drive  
Sicklerville, NJ  08081

Monthly Payment: $3,333.00  
Payments / Month: 1  
Current Trustee Comp.: 7.80%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/03/2017 | $2,559.00 | 03/13/2017 | $2,559.00 | 08/02/2017 | $708.69 | 08/10/2017 | $708.69 |
| 08/16/2017 | $708.69 | 08/23/2017 | $708.69 | 08/30/2017 | $708.69 | 09/07/2017 | $708.69 |
| 09/13/2017 | $708.69 | 09/20/2017 | $708.69 | 09/27/2017 | $708.69 | 10/04/2017 | $708.69 |
| 10/13/2017 | $769.15 | 10/19/2017 | $769.15 | 10/25/2017 | $769.15 | 11/02/2017 | $769.15 |
| 11/13/2017 | $769.15 | 11/20/2017 | $769.15 | 11/28/2017 | $769.15 | 12/01/2017 | $769.15 |
| 12/07/2017 | $769.15 | 12/13/2017 | $769.15 | 12/22/2017 | $769.15 | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | STEPHEN A. HOLMAN, SR. | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | IRA R. DEICHES, ESQUIRE | 13 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | IRA R. DEICHES, ESQUIRE | 13 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | IRA R. DEICHES, ESQUIRE | 13 | $400.00 | $400.00 | $0.00 | $400.00 |
| 1 | DEPARTMENT OF THE TREASURY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | MIDFIRST BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | STATE OF NEW JERSEY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | CAVALRY SPV I, LLC | 33 | $9,651.73 | $0.00 | $9,651.73 | $0.00 |
| 5 | RESURGENT CAPITAL SERVICES | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | STATE OF NEW JERSEY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | DEPARTMENT OF THE TREASURY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | VELOCITY INVESTMENTS, LLC | 33 | $1,819.74 | $0.00 | $1,819.74 | $0.00 |
| 12 | MIDFIRST BANK | 24 | $134,373.18 | $89,686.65 | $44,686.53 | $16,758.10 |
| 13 | AMERICAN INFOSOURCE, LP | 33 | $243.53 | $0.00 | $243.53 | $0.00 |
| 14 | SYNCHRONY BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | U.S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT | 33 | $15,394.10 | $0.00 | $15,394.10 | $0.00 |
| 16 | IRA DEICHES, ESQUIRE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | PAMELA R. HOLMAN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | STEPHEN A. HOLMAN SR. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | DIRECTV, LLC | 33 | $307.76 | $0.00 | $307.76 | $0.00 |
| 20 | CAVALRY SPV I, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | PYOD, LLC | 33 | $2,524.24 | $0.00 | $2,524.24 | $0.00 |
| 22 | U.S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 05/01/2014 | 40.00 | $0.00 |
| 09/01/2017 | Paid to Date | $87,171.83 |
| 10/01/2017 | 19.00 | $3,333.00 |
| 05/01/2019 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $20,665.55 |
| Total paid to creditors this period: | $17,158.10 |
| Undistributed Funds on Hand: | $2,836.64 |
| Arrearages: | $437.83 |
| Attorney: | IRA R. DEICHES, ESQUIRE |

Case 14-16340-ABA    Doc 67    Filed 01/18/18    Entered 01/18/18 16:28:12    Desc Main

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**