UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
Ira R. Deiches, Esq. NJ ID 013941976
Deiches & Ferschmann
A Professional Corporation
25 Wilkins Avenue
Haddonfield, NJ 08033
(856)428-9696
ideiches@deicheslaw.com
Attorneys for Debtors

In Re:

STEPHEN A. HOLMAN, SR.
and PAMELA R. HOLMAN,
                    Debtors.

Case No.: 14-16340

Judge: ABA

Chapter: 13

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following (choose one):

1. ☒ Motion for Relief from the Automatic Stay filed by __MidFirst Bank__, creditor,

   A hearing has been scheduled for __March 20, 2018__, at __10:00am__.

   ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

   A hearing has been scheduled for _____, at _____.

   ☐ Certification of Default filed by _____.

   I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons (choose one):

   ☐ Payments have been made in the amount of $_____, but have not been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows (**explain your answer**):

☒ Other (**explain your answer**):

After sending a check for November, 2017 that bounced, we called our lender and agreed to double up payments going forward to make up the Nov. payment. Payments for Nov., Dec., 2017 and Jan. 2018 have been sent but not fully credited. February's payment can be sent next week and March's payment within 10-14 days thereafter.

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: March 13, 2018

Debtor's Signature

Date: March 13, 2018

Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

rev.8/1/15