# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br>Stephen A. Holman, Sr. and Pamela R. Holman | Case No.: 14-16340<br>Hearing Date:<br>Chapter: ABA<br>Judge: 13 |

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable  Andrew B. Altenburg Jr. , United States Bankruptcy Judge.

**Reason for Hearing:**   Hearing on Debtor(s) Objection to Creditor's Certification of Default Filed by MidFirst Bank

**Location of Hearing:**   Courtroom No. 4B
US Bankruptcy Court
4th and Cooper Streets
Camden, NJ 08101

**Date and Time:**   7/24/2018 at 10:00 AM , or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:**   ☒ ARE REQUIRED    ☐ ARE NOT REQUIRED

DATE: June 27, 2018

JEANNE A. NAUGHTON, Clerk

By: /S/ Elizabeth Grassia
Deputy Clerk

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on June 27, 20 18 this notice was served on the following:
Debtor(s)          Isabel Balboa - Trustee
Attorney for Debtor(s)   Office of the US Trustee
Attorney for Creditor(s)

JEANNE A. NAUGHTON, Clerk

By: /S/ Elizabeth Grassia
Deputy Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:  
Stephen A. Holman, Sr.  
Pamela R. Holman  
    Debtors

Case No. 14-16340-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1　　　User: admin　　　Page 1 of 1　　　Date Rcvd: Jun 27, 2018  
　　　　　　　　　　　Form ID: pdf900　　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2018.  
db/jdb　　　+Stephen A. Holman, Sr.,　Pamela R. Holman,　3 Sayre Drive,　Sicklerville, NJ 08081-4167

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2018　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2018 at the address(es) listed below:

    Brian C. Nicholas　　on behalf of Creditor　　MIDFIRST BANK bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
    Denise E. Carlon　　on behalf of Creditor　　Midfirst Bank dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
    Denise E. Carlon　　on behalf of Creditor　　MIDFIRST BANK dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
    Denise E. Carlon　　on behalf of Creditor　　MidFirst Bank dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
    Donna L. Wenzel　　on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com  
    Ira Deiches　　on behalf of Joint Debtor Pamela R. Holman ideiches@deicheslaw.com  
    Ira Deiches　　on behalf of Attorney Ira Deiches ideiches@deicheslaw.com  
    Ira Deiches　　on behalf of Debtor Stephen A. Holman, Sr. ideiches@deicheslaw.com  
    Isabel C. Balboa　　ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
    Isabel C. Balboa　　on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
    Joshua I. Goldman　　on behalf of Creditor　　MidFirst Bank jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
    Joshua I. Goldman　　on behalf of Creditor　　MIDFIRST BANK jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 12