UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MidFirst Bank

In Re:

Stephen Holman & Pamela Holman,

Debtor.

| | |
|---|---|
| Case No.: | 14-16340-ABA |
| Chapter: | 13 |
| Hearing Date: | 8/7/2018 |
| Judge: | Altenburg |

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Creditor's Certification of Default (Docket # 74)

_____

Date: 8/6/2018                              /s/ Denise Carlon
                                            Signature

*rev.8/1/15*