Printed on: 01/27/2019  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/1900 to 01/01/1900  
**Case Number: 14-16340 (ABA)**

Stephen A. Holman, Sr. and Pamela R. Holman  
3 Sayre Drive  
Sicklerville, NJ  08081

Monthly Payment: $3,333.00  
Payments / Month: 1  
Current Trustee Comp.: 8.20%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|------|--------|
|      |        |      |        |      |        |      |        |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|-----|---------------|-----|------------|------------|-------------|------------------|
| 0 | STEPHEN A. HOLMAN, SR. | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | IRA R. DEICHES, ESQUIRE | 13 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | IRA R. DEICHES, ESQUIRE | 13 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | IRA R. DEICHES, ESQUIRE | 13 | $400.00 | $400.00 | $0.00 | $0.00 |
| 1 | DEPARTMENT OF THE TREASURY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | MIDFIRST BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | STATE OF NEW JERSEY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | CAVALRY SPV I, LLC | 33 | $9,651.73 | $0.00 | $9,651.73 | $0.00 |
| 5 | RESURGENT CAPITAL SERVICES | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | STATE OF NEW JERSEY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | DEPARTMENT OF THE TREASURY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | VELOCITY INVESTMENTS, LLC | 33 | $1,819.74 | $0.00 | $1,819.74 | $0.00 |
| 12 | MIDFIRST BANK | 24 | $134,373.18 | $125,798.09 | $8,575.09 | $36,832.92 |
| 13 | AMERICAN INFOSOURCE, LP | 33 | $243.53 | $0.00 | $243.53 | $0.00 |
| 14 | SYNCHRONY BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | U.S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT | 33 | $15,394.10 | $0.00 | $15,394.10 | $0.00 |
| 16 | IRA DEICHES, ESQUIRE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | PAMELA R. HOLMAN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | STEPHEN A. HOLMAN SR. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | DIRECTV, LLC | 33 | $307.76 | $0.00 | $307.76 | $0.00 |
| 20 | CAVALRY SPV I, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | PYOD, LLC | 33 | $2,524.24 | $0.00 | $2,524.24 | $0.00 |
| 22 | MIDFIRST BANK | 13 | $531.00 | $531.00 | $0.00 | $531.00 |
| 23 | MIDFIRST BANK | 13 | $200.00 | $200.00 | $0.00 | $200.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 05/01/2014 | 40.00 | $0.00 |
| 09/01/2017 | Paid to Date | $87,171.83 |
| 10/01/2017 | 19.00 | $3,333.00 |
| 05/01/2019 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $0.00 |
| Total paid to creditors this period: | $37,563.92 |
| Undistributed Funds on Hand: | $4,236.48 |
| Arrearages: | ($1,100.27) |
| Attorney: | IRA R. DEICHES, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**