UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MidFirst Bank

In Re:

Stephen A. Holman, Sr. & Pamela R. Holman,

Debtors.

Case No.:     __14-16340-ABA__

Chapter:      __13__

Hearing Date: __n/a__

Judge:        __Altenburg__

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled        ☒ Withdrawn

Matter: Notice of Post-Petition Mortgage Fees, Expenses & Charges re: Claim # 7 filed March 5, 2019

Date: 3/19/2019             /s/ Denise Carlon
                            Signature

*rev.8/1/15*