| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | | |
|---|---|---|
| In Re:<br><br>STEPHEN A. HOLMAN and<br>PAMELA R. HOLMAN,<br>Debtors | Case No.:<br>Chapter:<br>Judge: | 14-16340<br>13<br>Andrew B. Altenburg, Jr. |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, _____Stephen A. Holman_____, debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 04/04/19

Debtor's Signature

### IMPORTANT:

- Each debtor in a joint case must file a separate Certification in Support of Discharge.
- A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.

rev.8/1/18