**Information to identify the case:**

| | |
|---|---|
| Debtor 1 | **Stephen A. Holman Sr.** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | **Pamela R. Holman** |
| (Spouse, if filing) | First Name    Middle Name    Last Name |

Social Security number or ITIN    xxx–xx–8288
EIN    _ _–_ _ _ _ _ _ _

Social Security number or ITIN    xxx–xx–4754
EIN    _ _–_ _ _ _ _ _ _

United States Bankruptcy Court    District of New Jersey

Case number:    **14–16340–ABA**

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Stephen A. Holman Sr.                    Pamela R. Holman

6/12/19                    **By the court:** <u>Andrew B. Altenburg Jr.</u>
                         United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

#### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

#### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

#### Some debts are not discharged

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 14-16340-ABA
Stephen A. Holman, Sr.                                              Chapter 13
Pamela R. Holman
          Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin          Page 1 of 2          Date Rcvd: Jun 12, 2019
                             Form ID: 3180W        Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 14, 2019.
```
db/jdb         +Stephen A. Holman, Sr.,   Pamela R. Holman,   3 Sayre Drive,   Sicklerville, NJ 08081-4167
aty            +Andrew Wenker,   Michael J. Glassman & Associates, LLC,   1103 Laurel Oak Road,   Suite 140,
                Voorhees, NJ 08043-4318
aty            +Ira Deiches,   c/o Deiches & Ferschmann,   25 Wilkins Ave.,   Haddonfield, NJ 08033-2405
514942555      +American InfoSource LP as agent for,   DIRECTV, LLC,   Mail Station N387,   2230 E Imperial Hwy,
                El Segundo, CA 90245-3504
514972124      +MidFirst Bank,   999 NW Grand Boulevard,   Oklahoma City, OK 73118-6051
514682013       MidFirst Bank,   Attn: Zucker Goldberg & Ackerman, LLC,   PO Box 1024,
                Mountainside, NJ  07092-0024
514682014      ++NISSAN MOTOR ACCEPTANCE CORPORATION,   LOSS RECOVERY,   PO BOX 660366,   DALLAS TX 75266-0366
                (address filed with court: Nissan Motor Acceptance Corporation,   PO Box 17123,
                Baltimore, MD  21297)
514682015      +NJ Div Of Taxation-Bankruptcy Unit,   50 Barrack Street, 9th Floor,   PO Box 245,
                Trenton, NJ 08695-0245
514682016      +Resurgent Capital Services For PYOD, LLC,   Attn: Financial Recovery Services, Inc.,
                PO Box 4115,   Concord, CA 94524-4115
514682017      +State Of New Jersey-Dept Of Labor,   Division Of Employer Accounts,   PO Box 379,
                Trenton, NJ 08625-0379
514718326      +U.S. Department of HUD,   C/o Deval LLC,   1255 Corporate Drive, #300,   Irving, TX 75038-2585
514769355      +U.S. Department of Housing and Urban Development,   Attn: Deval, LLC,
                1255 Corporate Driive, #300,   Irving, TX 75038-2585
514682019      +Velocity Investments, LLC,   Attn: W. Peter Ragan, Jr.,
                3100 Route 138 West, Brinley Plaza Bldg1,   Wall, NJ 07719-9020

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 13 2019 00:55:21    U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 13 2019 00:55:17    United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
514701407       EDI: AIS.COM Jun 13 2019 03:58:00    American InfoSource LP as agent for,
                Midland Funding LLC,   PO Box 268941,   Oklahoma City, OK  73126-8941
514737087      +E-mail/Text: bankruptcy@cavps.com Jun 13 2019 00:55:40    Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
514714064       EDI: RMSC.COM Jun 13 2019 03:58:00    GE Capital Retail Bank,
                c/o of Recovery Management Systems Corp,   25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
514682012      +EDI: IRS.COM Jun 13 2019 03:58:00    Internal Revenue Service,   PO Box 7346,
                Philadelphia, PA 19101-7346
514941124      +EDI: RESURGENT.COM Jun 13 2019 03:58:00    PYOD, LLC its successors and assigns as assignee,
                of Plains Commerce Bank,   Resurgent Capital Services,   PO Box 19008,
                Greenville, SC 29602-9008
                                                                                           TOTAL: 7


          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
514718327*     +U.S. Department of HUD,   C/o Deval LLC,   1255 Corporate Drive, #300,   Irving, TX 75038-2585
514682018*     +United States Of America,   Internal Revenue Service,   955 S. Springfield Avenue, Bldg A,
                Springfield, NJ 07081-3570
                                                                           TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2019                                Signature:   /s/Joseph Speetjens

District/off: 0312-1          User: admin          Page 2 of 2          Date Rcvd: Jun 12, 2019
                             Form ID: 3180W        Total Noticed: 20

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 12, 2019 at the address(es) listed below:

Brian C. Nicholas    on behalf of Creditor   MIDFIRST BANK bnicholas@kmllawgroup.com,
  bkgroup@kmllawgroup.com
Denise E. Carlon    on behalf of Creditor   Midfirst Bank dcarlon@kmllawgroup.com,
  bkgroup@kmllawgroup.com
Denise E. Carlon    on behalf of Creditor   MIDFIRST BANK dcarlon@kmllawgroup.com,
  bkgroup@kmllawgroup.com
Denise E. Carlon    on behalf of Creditor   MidFirst Bank dcarlon@kmllawgroup.com,
  bkgroup@kmllawgroup.com
Donna L. Wenzel    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
Ira  Deiches    on behalf of Attorney Ira  Deiches ideiches@deicheslaw.com
Ira  Deiches    on behalf of Debtor Stephen A. Holman, Sr. ideiches@deicheslaw.com
Ira  Deiches    on behalf of Joint Debtor Pamela R. Holman ideiches@deicheslaw.com
Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
  summarymail@standingtrustee.com
Joshua I. Goldman    on behalf of Creditor   MidFirst Bank jgoldman@kmllawgroup.com,
  bkgroup@kmllawgroup.com
Joshua I. Goldman    on behalf of Creditor   MIDFIRST BANK jgoldman@kmllawgroup.com,
  bkgroup@kmllawgroup.com
Rebecca Ann Solarz    on behalf of Creditor   MidFirst Bank rsolarz@kmllawgroup.com
                                                                  TOTAL: 13