UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Ira R. Deiches, Esquire (NJ ID #013941976)
DEICHES & FERSCHMANN
25 Wilkins Avenue
Haddonfield, NJ 08033
(856) 428-9696
ideiches@deicheslaw.com
Attorneys for Debtors

In Re:

STEPHEN A. HOLMAN, SR.
and PAMELA R. HOLMAN,

Case No.: 14-16340

Chapter: 13

Hearing Date: July 9, 2019

Judge: ABA

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled    ☒ Withdrawn

Matter: Debtors' motion for an Order determining appropriate level of final cure amount due to MidFirst Bank

Date: July 5, 2019

/s/ Ira R. Deiches, Attorney for debtors
Signature

rev.8/1/15